FILED
00 JUL 17 AM ...
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 17 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC., | } | |
| Plaintiff, | } | |
| v. | } | CIVIL ACTION NO. |
| | } | 00-AR-1354-S |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, INC. | } | |
| Defendant. | } | |

**ORDER**

Defendant's motions to quash non-party subpoenas came on for hearing on July 14, 2000. Prior to that hearing several non-party subjects of the questioned subpoenas had filed similar motions. Under the circumstances, the court has concluded that it would be best to hear all such objections at one time. Therefore, it is hereby ORDERED that the return dates for all third party subpoenas shall be suspended unless by agreement of the affected parties.

It is further ORDERED that a hearing on all such objections will be held on September 14, 2000, at 9:00 a.m.

It is further ORDERED that the clerk shall transmit a copy of this order to all recipients of non-party subpoenas identified in defendant's motion or to their counsel of record.

DONE this 17th day of July, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

16