FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 OCT 30 PM 3:38

U.S. DISTRICT COURT
N.D. OF ALABAMA

DRUMMOND COMPANY, INC.,        }
                               }
        Plaintiff,             }
                               }           CIVIL ACTION NO.
v.                             }
                               }           00-AR-1354-S
BLUE CROSS AND BLUE SHIELD OF  }
ALABAMA, INC.,                 }
                               }
        Defendant.             }

ENTERED
OCT 30 2000

**SUBMISSION ORDER**

Movant under Rule 56, Fed.R. Civ.P., and Rule 12(c), Fed. R. Civ. P., shall at or before **4:30 P.M.** on **November 3, 2000,** file any further materials and briefs in support of its Rule 56 motion and Rule 12(c) motion filed on **October 27, 2000**. If non-movant desires to respond, non-movant must do so on or before **4:30 P.M.** on **November 14, 2000.** If movant desires to reply to any such non-movant response, movant shall do so at or before **4:30 P.M.** on **November 17, 2000,** or file a motion for additional reasonable time within which to reply. After any such reply, or after any such motion for extension is denied, or after any granted extension expires, whichever event first occurs, the Rule 56 motion and the Rule 12(c) motion will automatically come under submission without oral argument.

63

DONE this 30th day of October, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE