FILED

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION            01 FEB -8 AM 10: 03

                                                     U.S. DISTRICT COURT
                                                       N.D. OF ALABAMA
```

DRUMMOND COMPANY, INC.,

    Plaintiff,

                          CIVIL ACTION NO.

vs.

                          00-AR-1354-S

BLUE CROSS AND BLUE SHIELD OF
ALABAMA, INC.,

    Defendant

ENTERED
FEB - 8 2001

### ORDER

Defendant's motion for judgment on the pleadings and motion for partial summary judgment are DENIED. Accordingly, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including local variations thereon. The parties should pay particular attention to Rules 26 and 16, F.R.Civ.P., and should file with the court a new proposed scheduling order.

    DONE this 8th day of February 2001.

                                            /s/ William M. Acker
                                       WILLIAM M. ACKER, JR.
                                       UNITED STATES DISTRICT JUDGE

