IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., | } |
| Plaintiff and counter-defendant, | } } } |
| v. | } CIVIL ACTION NO. } } 00-AR-1354-S } |
| BLUE CROSS AND BLUE SHIELD OF ALABAMA, INC., | } } } |
| Defendant and counter-claimant. | |

**<u>ORDER</u>**

The court having been advised that the above-entitled case has been successfully mediated, the action of Drummond Company, Inc. and the action represented by the counterclaim of Blue Cross and Blue Shield of Alabama, Inc., are both hereby DISMISSED WITH PREJUDICE, except that within **thirty (30) days** the case can be reinstated on joint motion of the parties for the limited purpose of substituting a stipulated form of final judgment.

The parties are to bear their own respective costs.

DONE this 24th day of July, 2001.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE